LAURA DISTRIBUTING CORP., Appellant, v. RICHARD KOCH et al., Respondents.—

Hopkins, Acting P. J., Munder, Martuscello, Kleinfeld and Brennan, JJ., concur.